IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN HULLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06cv1070 |
| ) | |
| KARL TARTT, individually and in his official ) | Judge Thomas A. Wiseman, Jr. |
| capacity, STEVE LINDSAY, individually and ) | Magistrate Judge E. Clifton Knowles |
| in his official capacity, and ) | |
| CITY OF LAVERGNE, TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Karl Tartt's Motion for Judgment on the Pleadings, brought pursuant to Rules 12(c) and 12(h)(2) of the Federal Rules of Civil Procedure (Doc. No. 20). The motion has been fully briefed and is ripe for consideration. Defendant Tartt seeks dismissal with prejudice of the federal claims asserted against him by Plaintiff Brian Hullett, and further requests that this Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims once it has determined that dismissal of the federal claims is warranted.

As discussed in the accompanying Memorandum Opinion, the Court finds that Plaintiff has adequately pleaded his federal claims for violation of 42 U.S.C. § 1983 and for conspiracy to violate § 1983. Because the motion to dismiss those claims must therefore be denied, Defendant Tartt's motion to dismiss the state court claims over which this Court has supplemental jurisdiction must likewise be denied. Accordingly, Defendant Tartt's motion is hereby **DENIED**. This matter is referred back to the Magistrate Judge for further case management as necessary.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge